## People of the State of Illinois, v. Harold H. Greer.

**Gen. No. 11,070.**

Second District, First Division.
November 22, 1957.
Released for publication December 10, 1957.

Knight, Ingrassia & Bourland (Stanley J. Roszkowski, of counsel) for plaintiff in error; John B. Anderson, State's Attorney, and Robert L. McDonald, Assistant State's Attorney, for defendant in error. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.